Case No. 24-30471

United States Court of Appeals
for the Fifth Circuit

NICHOLAS CURRAULT; ANDRE CURRAULT; TROY CURRAULT; LOWER RIVER SHIP SERVICE, L.L.C.; SIDNEY FREEMAN,

Plaintiffs–Appellees

v.

AMERICAN RIVER TRANSPORTATION COMPANY, L.L.C., IN PERSONAM, AND THIRTY-EIGHT ARTCO BARGES AND THEIR CARGO, IN REM, DOING BUSINESS AS ARTCO FLEETING SERVICES,

Defendant–Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA,
HON. WENDY B. VITTER, CIVIL ACTION NO. 2:23-CV-2542

**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF DIAMOND SERVICES CORPORATION, TK TOWING, INC., AND TK BOAT RENTALS, LLC IN SUPPORT OF PLAINTIFFS-APPELLEES**

Submitted By:

Harry Morse
BOHMAN | MORSE
400 Poydras St. Suite 2050
New Orleans, LA 70130
harry@bohmanmorse.com

*AND*

Cayce C. Peterson (La. Bar No. 32217)
**JJC Law LLC**
111 Veterans Memorial Blvd.

1

Heritage Plaza, Suite 810
Metairie, LA 70005
Phone: 504-513-8820
Fax: 504-513-8824
cayce@jjclaw.com

*AND*

Ian F. Taylor (La. Bar No. 33408)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras St., Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Fax: (504) 588-1514
itaylor@lksalaw.com

*COUNSEL FOR AMICI CURIAE, DIAMOND SERVICES CORPORATION, TK TOWING, INC., AND TK BOAT RENTALS, LLC*

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| NICHOLAS CURRAULT, ET AL | * | CASE NO.: 24-30471 |
| | * | |
| VERSUS | * | On Appeal from the United States |
| | * | District Court for the Eastern |
| AMERICAN RIVER | * | District of Louisiana; |
| TRANSPORTATION COMPANY, | * | USDC No. 2:23-CV-2542 |
| L.L.C., ET AL. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF DIAMOND SERVICES CORPORATION, TK TOWING, INC., AND TK BOAT RENTALS, LLC IN SUPPORT OF PLAINTIFFS-APPELLEES**

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, Diamond Services Corporation, TK Towing, Inc., and TK Boat Rentals, LLC hereby move this Honorable Court for leave to file a brief as *amici curiae* in support of Plaintiffs-Appellees Nicholas Currault, Andre Currault, Troy Currault, Lower River Ship Service, L.L.C., and Sidney Freeman in this matter, and aver as follows:

1. *Amicus Curiae* Diamond Services Corporation ("Diamond") is an owner and operator of marine assets, including tugs, barges, and offshore vessels. Diamond is also a fleeter, and a contract salvage company. (A contract salvor negotiates the contract beforehand undertaking salvage, as opposed to a pure salvor, which negotiates after-the-fact.) Therefore, Diamond has two interests: as an owner of vessels, Diamond might be in a position to

3

make a pure salvage claim. As a fleeter of vessels, Diamond is likelier to face a pure salvage claim. Therefore, Diamond's interest is in ensuring salvage efforts are fairly and justly compensated.

2. *Amici Curiae* TK Towing, Inc. and TK Boat Rentals, LLC are also the owner and operator of marine assets. TK Towing owns and operates tugs in the Gulf of Mexico and inland waterways, including the Mississippi River. TK Boat Rentals owns and operates barges and smaller vessels. Like Diamond, the TK Companies may find themselves making pure salvage claims or paying pure salvage claims, depending on chance and preparedness. The TK Companies have an interest in ensuring that salvage is fairly compensated.

3. In accordance with Fifth Circuit Rule 29.2, the proposed brief avoids the repetition of facts or legal arguments contained in the principal brief and focuses on points either not made or not fully discussed in those briefs. The brief of *amici curiae* addresses historical and policy considerations and the potential impact of the outcome of this matter on the rights and remedies for salvors who undertake efforts to protect life and property.

For the foregoing reasons, Diamond Services Corporation, TK Towing, Inc., and TK Boat Rentals, LLC, as *amici curiae*, respectfully request that leave be granted, and the attached *amici curiae* brief be filed into the record of this matter for

consideration by this Honorable Court.

        Submitted By:

        Harry Morse
        BOHMAN | MORSE
        400 Poydras St. Suite 2050
        New Orleans, LA 70130
        harry@bohmanmorse.com

        *AND*

        Cayce C. Peterson (La. Bar No. 32217)
        **JJC Law LLC**
        111 Veterans Memorial Blvd.
        Heritage Plaza, Suite 810
        Metairie, LA 70005
        Phone: 504-513-8820
        Fax: 504-513-8824
        cayce@jjclaw.com

        *AND*

        Ian F. Taylor (La. Bar No. 33408)
        Lewis, Kullman, Sterbcow & Abramson, LLC
        601 Poydras St., Suite 2615
        New Orleans, Louisiana 70130
        Telephone: (504) 588-1500
        Fax: (504) 588-1514
        itaylor@lksalaw.com

        *COUNSEL FOR AMICI CURIAE, DIAMOND SERVICES CORPORATION, TK TOWING, INC., AND TK BOAT RENTALS, LLC*

## **CERTIFICATE OF COMPLIANCE WITH RULE 29**

The undersigned counsel certifies this motion complies with the type-volume limitation of <u>Fed. R. App. P. 29(a)(5)</u> and 32(a)(7)(B)(i) because it contains <u>359</u> words, and it complies with the typeface requirements because it has been prepared in a proportionally spaced typeface using a fully updated Microsoft 365 apps for business version of Word using Times New Roman, 14 point font.

<u>Date: February 7, 2025</u>         Respectfully submitted:

                                            Harry Morse
                                            BOHMAN | MORSE
                                            400 Poydras St. Suite 2050
                                            New Orleans, LA 70130
                                            harry@bohmanmorse.com

                                            *AND*

                                            Cayce C. Peterson (La. Bar No. 32217)
                                            **JJC Law LLC**
                                            111 Veterans Memorial Blvd.
                                            Heritage Plaza, Suite 810
                                            Metairie, LA 70005
                                            Phone: 504-513-8820
                                            Fax: 504-513-8824
                                            cayce@jjclaw.com

                                            *AND*

                                            Ian F. Taylor (La. Bar No. 33408)
                                            Lewis, Kullman, Sterbcow & Abramson, LLC
                                            601 Poydras St., Suite 2615
                                            New Orleans, Louisiana 70130
                                            Telephone: (504) 588-1500
                                            Fax: (504) 588-1514

itaylor@lksalaw.com

*COUNSEL FOR AMICI CURIAE, DIAMOND SERVICES CORPORATION, TK TOWING, INC., AND TK BOAT RENTALS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon counsel for all parties to this proceeding, on this 7th day of February, 2025, through the Court's electronic filing system.

> Harry Morse
> BOHMAN | MORSE
> 400 Poydras St. Suite 2050
> New Orleans, LA 70130
> harry@bohmanmorse.com
>
> *AND*
>
> Cayce C. Peterson (La. Bar No. 32217)
> **JJC Law LLC**
> 111 Veterans Memorial Blvd.
> Heritage Plaza, Suite 810
> Metairie, LA 70005
> Phone: 504-513-8820
> Fax: 504-513-8824
> cayce@jjclaw.com
>
> *AND*
>
> Ian F. Taylor (La. Bar No. 33408)
> Lewis, Kullman, Sterbcow & Abramson, LLC
> 601 Poydras St., Suite 2615
> New Orleans, Louisiana 70130
> Telephone: (504) 588-1500
> Fax: (504) 588-1514
> itaylor@lksalaw.com
>
> *COUNSEL FOR AMICI CURIAE, DIAMOND SERVICES CORPORATION, TK TOWING, INC., AND TK BOAT RENTALS, LLC*