# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

February 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30471   Currault v. American River Trans
                  USDC No. 2:23-CV-2542

The court has granted in part an extension of time to and including March 7, 2025 for filing a reply brief in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Melissa Mattingly*
                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Mr. Taylor M. Bologna  
Mr. Adam Neely Davis  
Mr. Thomas More Flanagan  
Mr. Kevin Michael Frey  
Mr. Robert Nathan Hochman  
Mr. Anders F. Holmgren  
Mr. Stephen Michael Huber  
Ms. Morgan Kelley  
Mr. Hussin Javier Kordi  
Mr. Edward Francis LeBreton III  
Mr. Harry E. Morse  
Ms. Marcelle P. Mouledoux  
Mr. Andrew F. Rodheim  
Mr. Matthew Slaughter  
Mr. Jefferson Randolph Tillery