# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 14, 2025

No. 24-30471    Currault v. American River Trans
USDC No. 2:23-CV-2542

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant brief must be blue; Record Excerpts must be white; Appellee brief must be red; Reply brief must be gray; Amicus brief must be green. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Taylor M. Bologna
Mr. Adam Neely Davis
Mr. Thomas More Flanagan
Mr. Kevin Michael Frey
Mr. Robert Nathan Hochman
Mr. Anders F. Holmgren
Mr. Stephen Michael Huber
Ms. Morgan Kelley
Mr. Hussin Javier Kordi
Mr. Edward Francis LeBreton III
Mr. Harry E. Morse
Ms. Marcelle P. Mouledoux
Mr. Cayce Peterson
Mr. Andrew F. Rodheim
Mr. Matthew Slaughter
Mr. Ian Fitzgerald Taylor
Mr. Jefferson Randolph Tillery