# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 21, 2025

No. 24-30471    Currault v. American River Trans
                USDC No. 2:23-CV-2542

Dear Counsel:

The above referenced case has been scheduled for oral argument on 06/02/2025. It will be held in New Orleans -  En Banc Courtroom at 9:00.  The Oral Argument session number is 45.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 5/14/25.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shirley M. Engelhardt, Calendar Clerk
504-310-7631

cc:
    Mr. Taylor M. Bologna
    Mr. Adam Neely Davis
    Mr. Thomas More Flanagan
    Mr. Kevin Michael Frey
    Mr. Robert Nathan Hochman
    Mr. Anders F. Holmgren
    Mr. Stephen Michael Huber
    Ms. Morgan Kelley
    Mr. Hussin Javier Kordi
    Mr. Edward Francis LeBreton III
    Mr. Harry E. Morse
    Ms. Marcelle P. Mouledoux
    Mr. Cayce Peterson
    Mr. Andrew F. Rodheim
    Mr. Matthew Slaughter
    Mr. Ian Fitzgerald Taylor
    Mr. Jefferson Randolph Tillery