No. 24-30471

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

NICHOLAS CURRAULT; ANDRÉ CURRAULT; TROY CURRAULT; LOWER RIVER SHIP SERVICE, LLC; SIDNEY FREEMAN,

*Plaintiffs-Appellees*,

v.

AMERICAN RIVER TRANSPORTATION CO., LLC, in personam, and thirty-eight ARTCO Barges and their cargo, In rem, doing business as Artco Fleeting Services,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Louisiana
Case No. 2:23-cv-02542-WBV-KWR

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF RECORD

Robert N. Hochman
  *Counsel of Record*
Tacy F. Flint
Andrew Rodheim
H. Javier Kordi
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
rhochman@sidley.com

Marcelle P. Mouledoux
Morgan Kelley
MCGLINCHEY SAFFORD, PLLC
601 Poydras Street, Ste. 1200
New Orleans, Louisiana
Phone: (504) 596-2753
mmouledoux@mcglinchey.com

*Counsel for Defendant-Appellant American River Transportation Co., LLC*

Pursuant to Fifth Circuit Rule 27.1.10, Defendant-Appellant American River Transportation Co., LLC ("ARTCO") respectfully moves to withdraw Robert N. Hochman's appearance in this case, and to substitute Tacy F. Flint as Counsel of Record to replace Mr. Hochman. In support of this Motion, ARTCO states the following:

1. This appeal was docketed on July 29, 2024. (Dkt. 1.)

2. The appeal is fully briefed and scheduled for oral argument on June 2, 2025. (Dkt. 87.)

3. Tacy F. Flint, of Sidley Austin, LLP ("Sidley"), entered an Appearance in this case on May 8, 2025 (Dkt. 91), and filed an Oral Argument Acknowledgement Form on May 13, 2025 (Dkt. 93).

4. Robert N. Hochman is departing Sidley.

5. In light of his departure from Sidley, ARTCO moves to withdraw Mr. Hochman's appearance.

6. ARTCO further requests to substitute Ms. Flint as Counsel of Record, to replace Mr. Hochman.

1

May 28, 2025                              Respectfully submitted,

/s/ *Robert N. Hochman*

Robert N. Hochman
　*Counsel of Record*
Tacy F. Flint
Andrew F. Rodheim
H. Javier Kordi
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
rhohcman@sidley.com
Phone: (312) 853-7000

Marcelle P. Mouledoux
Morgan Kelley
MCGLINCHEY SAFFORD, PLLC
601 Poydras Street, Ste. 1200
New Orleans, Louisiana
Phone: (504) 596-2753
mmouledoux@mcglinchey.com

*Counsel for Defendant-Appellant American River Transportation Co., LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

Dated: May 28, 2025

/s/ *Robert N. Hochman*
Robert N. Hochman