# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

May 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30471   Currault v. American River Trans
                  USDC No. 2:23-CV-2542

The court has taken the following action in this case: granting Appellant American River Transportation Company, L.L.C.'s motions to withdraw Robert N. Hochman as counsel and substitute Tacy F. Flint as counsel.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca Andry, Deputy Clerk
                              504-310-7638

Mr. Taylor M. Bologna
Mr. Adam Neely Davis
Mr. Thomas More Flanagan
Mr. Tacy F. Flint
Mr. Kevin Michael Frey
Mr. Anders F. Holmgren
Mr. Stephen Michael Huber
Ms. Morgan Kelley
Mr. Hussin Javier Kordi
Mr. Edward Francis LeBreton III
Ms. Carol L. Michel
Mr. Harry E. Morse
Ms. Marcelle P. Mouledoux
Mr. Cayce Peterson
Mr. Andrew F. Rodheim
Mr. Matthew Slaughter
Mr. Ian Fitzgerald Taylor
Mr. Jefferson Randolph Tillery