# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 12, 2026
Lyle W. Cayce
Clerk

No. 24-30471

_____

Nicholas Currault; Andre Currault; Troy Currault; Lower River Ship Service, L.L.C.; Sidney Freeman,

*Plaintiffs—Appellees,*

*versus*

American River Transportation Company, L.L.C., *in personam*, and thirty-eight ARTCO Barges and their cargo, *In rem*, *doing business as* Artco Fleeting Services,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-2542

_____

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Stewart, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:

    The petition for panel rehearing is DENIED.[1] Because no member of the panel or judge in regular active service requested that the court be

---

[1] This was done as a quorum because Judge Dennis did not participate.

polled on rehearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the petition for rehearing en banc is DENIED.